UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE OMNICOM GROUP INC. ERISA LITIGATION

CIVIL ACTION NO.: 20 CV 04141 (CM) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 83 to file the document at ECF No. 85 under seal is **GRANTED**. The document at ECF No. 85 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 83.

Dated:   New York, New York
         April 12, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge