UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE OMNICOM GROUP INC. ERISA LITIGATION

CIVIL ACTION NO.: 20 CV 04141 (CM) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 89 to file the documents at ECF No. 91 under seal is **GRANTED**. The document at ECF No. 91 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 89.

Dated: New York, New York
April 14, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge