UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────────

In re Omnicom ERISA Litigation

No. 20-cv-4141 (CM)

───────────────────────────────────────────

**ORDER**

McMahon, J.

In the court's prior order temporarily sealing certain documents on the ground that they referenced material that the parties had deemed confidential (*See* Docket No. 67), I gave the parties until August 22, 2022, to identify any portion of the moving papers, corresponding exhibits, and the court's decision on the motion for class certification that should remain under seal because they contain the sort of information that is properly filed under seal. (*See* Docket No. 124). It is now August 26, and no party has submitted anything in response to this order.

Accordingly, the Clerk of the Court is respectfully directed to unseal Docket Numbers 69, 94, 95, 96, 115 and 124.

Dated: August 26, 2022
New York, New York

_____
U.S.D.J.

BY ECF TO ALL COUNSEL

1