**Jeff G. Hammel**
Direct Dial: +1.212.906.1260
jeff.hammel@lw.com

# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

February 17, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/2023

**VIA ECF**

The Honorable Colleen McMahon
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2550
New York, NY 10007

Re:  *In re Omnicom Group Inc. ERISA Litigation*, No. 1:20-cv-04141
Electronic Devices and Live Stream of Proceedings

Dear Judge McMahon:

We represent Defendants and write in furtherance of the letters filed yesterday regarding electronic devices and witness sequestration. *See* Dkt. Nos. 237, 238, 239.

The Parties have continued to discuss the availability of a live stream for the benefit of the offsite trial teams and associate training, with Defendants agreeing to sequester both fact and expert witnesses and to prevent them from viewing the live stream at any point during the proceedings. However, Plaintiffs continue to maintain their objection to live streaming, even if utilized as set forth above. Accordingly, we defer to the Court's decision on this issue.

We appreciate the Court's consideration of this matter.

Respectfully submitted,

Jeff G. Hammel
of LATHAM & WATKINS LLP

MEMO ENDORSED

cc:    All Counsel of Record (via ECF)

*2/21/2023*
*I have no issue with*
*live stream*