UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

IN RE OMNICOM GROUP INC ERISA
LITIGATION

20 CIV 4141 (CM)

---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/2003

TRIAL NOTICE

McMahon, J.:

Counsel, the trial will start on Monday, February 27, 2023.

Dated: February 22, 2023

*Colleen McMahon*
U.S.D.J.

BY ECF TO ALL COUNSEL