Peter A. Wald
Direct Dial: (415) 395-8006
peter.wald@lw.com

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

February 24, 2023

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*FILED: 2/24/23*

2/24/23
Granted!
[signature] Colleen McMahon

**VIA ECF & HAND DELIVERY**

The Honorable Colleen McMahon
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2550
New York, NY 10007

Re: *In re Omnicom Group Inc. ERISA Litigation*, No. 1:20-cv-04141;
Notification of Settlement

Dear Judge McMahon:

We write on behalf of all parties to notify the Court that, following extensive negotiations and with the assistance of experienced mediators, the parties reached an agreement this morning to settle this case in its entirety. A formal settlement agreement will be drafted and presented to the Court for approval as soon as practicable.

In the meantime, the parties request that the trial scheduled to begin on Monday be taken off calendar.

Respectfully,

Peter A. Wald
Peter A. Wald (admitted *pro hac vice*)
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)