IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Omnicom Group Inc. ERISA Litig.* | Case No. 1:20-cv-04141-CM-SLC |

**JOINT NOTICE**

Plaintiffs Carol Maisonette, Shane Tepper, Surfina Adams, Michael Mensack, and Daniel Dise (collectively, "Plaintiffs") and Defendants Omnicom Group, Inc., the Board of Directors of Omnicom Group, Inc., and the Administrative Committee of the Omnicom Group Retirement Savings Plan (collectively, "Defendants" and with Plaintiffs the "Parties") hereby respectfully file this Joint Notice in response to the Court's June 12, 2023 letter endorsement (ECF No. 250) requesting an update on the status of the Parties' settlement.

In the time since the Parties informed the Court of their agreement in principle to resolve this action, they have been working to finalize a formal settlement agreement and supporting exhibits, including notices, claim documents, a plan of allocation, and proposed orders. Some of the matters subject to the Parties' negotiation of settlement documents have required information and input from third parties, which the Parties have solicited and received. The Parties are presently working to resolve several discrete issues and anticipate that they will reach resolution of all such issues shortly, such that Plaintiffs will be in a position to move for preliminary approval of the settlement by June 23, 2023.

Accordingly, the Parties propose that Plaintiffs file their motion for preliminary approval by June 23, 2023.

Dated: June 13, 2023

/s/ *Laurie Rubinow*
James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
      lrubinow@millershah.com

James C. Shah
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
      ajberin@millershah.com

Anna K. D'Agostino
MILLER SHAH LLP
225 Broadway Street, Suite 1830
New York, New York 10007
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: akdagostino@millershah.com

Kolin C. Tang
MILLER SHAH LLP
1401 Dove Street, Suite 510
Newport Beach, CA 92660
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: kctang@millershah.com

*Counsel for Plaintiffs, the Plan, and the Class*

Dated: June 13, 2023

/s/ *Peter A. Wald*
Peter A. Wald (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
Email: peter.wald@lw.com

Jeff G. Hammel
Adam B. Shamah
Meredith A. Cusick
Neethu S. Putta (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: jeff.hammel@lw.com
      adam.shamah@lw.com
      meredith.cusick@lw.com
      neethu.putta@lw.com

Heather A. Waller (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
Email: heather.waller@lw.com

Brent T. Murphy (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: brent.murphy@lw.com

*Attorneys for Defendants Omnicom Group Inc., the Board of Directors of Omnicom*

*Group Inc., and the Administrative Committee of the Omnicom Group Retirement Savings Plan*