IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Omnicom Group Inc. ERISA Litigation* | Case No.: 1:20-cv-04141-CM-SLC <br><br> October 17, 2023 |

**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES, EXPENSES, AND CASE CONTRIBUTION AWARDS**

Plaintiffs Carol Maisonette, Shane Tepper, Surfina Adams, Michael Mensack, and Daniel Dise (collectively, "Plaintiffs"), on behalf of the Omnicom Group Retirement Savings Plan (the "Plan") and the preliminarily certified Settlement Class of participants and beneficiaries in the Plan, hereby move (the "Motion") pursuant to Federal Rule of Civil Procedure 23 for entry of an Order that: (1) grants final approval of the Settlement with Defendants Omnicom Group Inc., the Board of Directors of Omnicom Group Inc., and the Administrative Committee of the Omnicom Group Retirement Savings Plan as memorialized in the Settlement Agreement dated June 23, 2023; (2) maintains certification of the Settlement Class; (3) finds the manner in which the Settlement Class was notified of the Settlement was the best notice practicable under the circumstances, and fair, reasonable, and adequate; (4) approves the Plan of Allocation; and (5) awards attorneys' fee, expenses, and case contribution awards of $816,666.67, one-third of the Gross Settlement Amount of $2,450,000.00, which includes case contribution awards of $7,500.00 each to Plaintiffs.[1]  Defendants do not oppose the Motion.

For the reasons set forth in the Settlement Agreement, accompanying memorandum of law, and all supporting papers, as well as the record in this litigation, Plaintiffs respectfully submit that

---

[1] Terms not defined herein shall have the same meaning as in the Settlement Agreement.

1

the proposed settlement memorialized in the Settlement Agreement is fair, reasonable, and adequate, and should be finally approved, the Settlement Class should be maintained through entry of a final judgment, and the related applications should be granted.

Plaintiffs stand ready to provide any additional information that the Court may require in connection with its consideration of the Motion.[2]

Dated: October 17, 2023

Respectfully submitted,

/s/ *Laurie Rubinow*
James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
           lrubinow@millershah.com

James C. Shah
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
           ajberin@millershah.com

Anna K. D'Agostino
MILLER SHAH LLP
225 Broadway, Suite 1830
New York, NY 10007
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: akdagostino@millershah.com

*Attorneys for Plaintiffs, the Plan,
and the Settlement Class*

---

[2] If helpful to the Court, Plaintiffs would be happy to provide a Word version of the proposed Final Approval Order.

**CERTIFICATE OF SERVICE**

      I certify that, on October 17, 2023, I caused the foregoing document to be filed using the Court's CM/ECF system, which thereby sent notice to all counsel of record.

                                            /s/ *Laurie Rubinow*
                                            Laurie Rubinow